1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JAMES WILLIS

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    )  No.  06-MJ-0313-DAD
                                )
               Plaintiff,       )  STIPULATION AND ORDER
                                )
       v.                       )  Date:  January 17, 2007
                                )  Time:  9:00 a.m.
                                )  Judge: Dale A. Drozd
   JAMES WILLIS,                )
                                )
               Defendant.       )
   _____

   The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JAMES WILLIS, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the court trial set for December 27, 2006 be rescheduled for Wednesday, January 17, 2007 at 9:00 a.m. Defense counsel will be out of town on December 27, 2006.

   Dated: December 14, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Tara I. Allen
                                   _____
                                   TARA I. ALLEN
                                   Staff Attorney
                                   Attorney for Defendant
                                   JAMES WILLIS

   / / /

```
Dated:   December 14, 2006           MCGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Matthew Stegman
                                     _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

DATED: December 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/willis0313.stipord